UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-63-GCM

| | | |
|---|---|---|
| SOURCE, INC., | ) | |
|     Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **ADMISSION *PRO HAC VICE*** |
| KEY ELECTRONICS, INC. | ) | |
|     Defendant.. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon the motion of Defendant Key Electronics to allow **Michael M. Hirn** to appear *Pro Hac Vice*, dated March 12, 2009 [doc #3].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Hirn has paid the fee of Two Hundred and Fifty Dollars ($250.00) to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 17, 2009

Graham C. Mullen
United States District Judge